UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CLIFTON HOWARD,<br>      Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>*Commissioner of Social Security,*<br>      Defendant. | **JUDGMENT**<br><br>Case No. 4:19-CV-71-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross Motion for Judgment on the Pleadings.

IT IS ORDERED, ADJUDGED AND DECREED the court GRANTS the Plaintiff's Motion for Judgment on the Pleadings [DE-20]. The Defendant's Motion for Judgment on the Pleadings [DE-24] is denied, and the case is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on **September 8, 2020,** with electronic service upon:

**Charlotte Williams Hall -** *Counsel for Plaintiff*
**Amanda Gilman -** *Counsel for Defendant*

                                      **PETER A. MOORE, JR.,**
                                      CLERK, U.S. DISTRICT COURT

DATE: September 8, 2020                 /s/ *Shelia Foell*
                                             (By): Shelia Foell, Deputy Clerk of Court